## DALLEY contᵃ WHITE &ᵃ

Randall Dalley plaint. contᵃ Thomas White Robert Gardner Samuel Ravenscroft &c. or either of them Defendᵗˢ according to Attachmᵗ The plaint. withdrew his Action.   [ 557 ]

## ALLEN contᵃ KNIGHT

Jacob Allen plaint. contᵃ Richard Knight & Hannah his wife as Shee is Executrix to the Estate of her former husband Hope Allen deceᵈ Defendᵗ in an action of the case for witholding from and not paying unto the plaint. about Sixty four pounds given him by the last Will of his Father Hope Allen as by the sᵈ Will & the Inventory of the Estate of his sᵈ Father more fully will make appeare to bee the plaintˢ proportion thereof or thereabouts wᵗʰ damages: . . . The Iury . . . found for the plaint. That the Defendᵗ pay and deliver him his proportionable part of his Father Hope Allen's Estate according to Will & costs of Court allowᵈ Forty one Shillings and five pence.

## SALTER contᵃ ROSE

Iabez Salter plaint. contᵃ Roger Rose Defendᵗ in an action of the case for damage done to the sᵈ Salters Coales, which Coles were upon his Wharffe secured wᵗʰ a Fence; which Fence was broken down by the sᵈ Rose his Vessell, to the sᵈ Salters damage in his Coles and wharfe to the value of Four pound in money wᵗʰ damages. . . . The Iury . . . found for the plaint. Fifty five Shillings money damage and costs of Court allowᵈ thirty one Shillings and eight pence.

## BARNES contᵃ HARWOOD

Nathanael Barnes plaint. contᵃ Henry Harwood Defendᵗ in an action of the case upon defamation for reporting by himselfe and his wife that the plaint. is perjured & forsworn at Charlestown Court with other scurrilous speeches and reports against the plaint. to his great damage with other due damages &c. . . . The Iury . . . found for the plaint. twenty Shillings mony damage and costs of Court allowᵈ thirty nine Shillings two pence.

Execucion issued. 2ᵈ Febʳᵒ 1678.